**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

CHRISTOPHER JOHNSON, et al.,                    Case No. 1:19-cv-00686
                                                                                McFarland, J.; Bowman, M.J.
            Plaintiffs,

        v.

TRINITY COURIERS, INC., et al.,

            Defendants.

**ORDER**

This matter is before the Court on the parties' Joint Status Report (doc. 22), filed pursuant to this Court's Order of April 15, 2020 (doc. 19).

Having reviewed this matter, and for good cause shown, the Court hereby **ORDERS** the following:

(1) The Court hereby **EXTENDS** the stay previously imposed in this matter on March 30, 2020 (doc. 17) and extended on April 15, 2020 (doc. 19) for an additional **forty-five (45) days** to allow sufficient time for the Department of Labor to release records related to this action and for the parties to engage in appropriate review of the released information; and

(2) The Parties agree and the Court hereby orders that, with respect to Plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., the statute of limitations will continue to be tolled for all potential opt-in plaintiffs (using the FLSA Collective definition set forth in Plaintiffs' Complaint (doc. 1), from the date of the filing of the Complaint until the end of the stay.

**SO ORDERED**.

Stephanie K. Bowman
United States Magistrate Judge