# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY COURIERS, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00686 <br> McFarland, J.; Bowman, M.J. |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this 27th day of July, 2022, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e);

2. The Court grants approval to the terms and conditions contained in the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

3. For settlement purposes, the Court certifies the Settlement Collective as a collective pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement:

> Plaintiffs, Opt-In Plaintiffs, and all Delivery Associates who were paid by Trinity Couriers to deliver packages for customers of Amazon.com in the United States at any time between January 23, 2017, and October 2, 2018, or who were paid by Seven A Service to deliver packages for customers of Amazon.com in the United States at any time between November 8, 2017, and April 27, 2019;

4. For settlement purposes, the Court preliminarily certifies the following Settlement Classes pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement as follows:

All Delivery Associates who were paid by Trinity Couriers to deliver packages to Amazon's customers in Ohio, Missouri, and/or Colorado between January 23, 2017, and October 2, 2018 ("Trinity Couriers Settlement Class"); and

All Delivery Associates who were paid by Seven A Service to deliver packages to Amazon's customers in Ohio between November 8, 2017 and April 27, 2019 (Seven A Service Settlement Class).

5. Plaintiffs Christopher Johnson, Tatiana Mance, Christopher Lymon, Marcus Johnson, Veronica Renda, John Foster, and Yeniel Baez-Sanchez are preliminarily approved as the Representatives of the Settlement Class;

6. Lichten & Liss-Riordan, P.C., Willig, Williams, & Davidson, and Berger Montague PC are preliminarily approved as Class Counsel for the Settlement Class;

7. The Court approves the Notice of Settlement, attached as Exhibit A to the Settlement Agreement, and authorizes dissemination of the Notice to members of the Settlement Class and Collective;

8. The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| Settlement Administrator to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
| --- | --- |
| Defendant Shall Provide Settlement Administrator with Class List | Within five (5) business days after the Court's Preliminary Approval of the Settlement |
| Notice Sent by Settlement Administrator | Within 15 (fifteen) business days after receiving Class list. |
| Deadline to postmark Claim Form, objections or requests for exclusion | Sixty (60) days after the Settlement Notice is initially mailed ("Notice Deadline") |
| Plaintiffs' Motion for Final Approval and Approval of Fees and Costs | Ten (10) days after the Notice Deadline. |
| Final Approval Hearing | At least fifteen days (15) days after the Notice Deadline, or approximately 105 days after the Court's Order Granting Preliminary Approval. |

9.      The Final Approval hearing is hereby set for November 16, 2022 at 10:00 a.m. in the Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, Courtroom 701.

BY THE COURT,

Dated: __Jul 27, 2022__    *Stephanie K. Bowman*
Honorable Stephanie K. Bowman
United States Magistrate Judge