FILED
RICHARD W. NA...
CLERK OF COU...

2022 NOV 16 AM 11: 08

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY COURIERS, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00686 <br> McFarland, J.; Bowman, M.J. |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

AND NOW, this 16th day of Nov., 2022, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e).

2. The Court grants final approval to the terms and conditions contained in the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3. For settlement purposes, the Court finds that the Settlement Collective is similarly situated and finally certifies the Settlement Collective as a collective pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement:

> Plaintiffs, Opt-In Plaintiffs, and all Delivery Associates who were paid by Trinity Couriers to deliver packages for customers of Amazon.com in the United States at any time between January 23, 2017, and October 2, 2018, or who were paid by Seven A Service to deliver packages for customers of Amazon.com in the United States at any time between November 8, 2017,

and April 27, 2019.

4. For settlement purposes, the Court finds that the requisites for establishing class certification have been and are met, and finally certifies the following Settlement Classes pursuant to Fed. R. Civ. P. 23:

> All Delivery Associates who were paid by Trinity Couriers to deliver packages to Amazon's customers in Ohio, Missouri, and/or Colorado between January 23, 2017, and October 2, 2018 ("Trinity Couriers Settlement Class"); and

> All Delivery Associates who were paid by Seven A Service to deliver packages to Amazon's customers in Ohio between November 8, 2017 and April 27, 2019 (Seven A Service Settlement Class).

5. The Court finds that the notice sent to Settlement Class and Collective Members via first class mail and email, and available via a website, adequately informed the Settlement Class Members of the terms of the Settlement Agreement, their right to request exclusion from the Class and pursue their own remedies, and their opportunity to file written objections and appear and be heard at the Final Approval Hearing. The Court finds that the Notice of Class Action Settlement provided to the Settlement Class Members satisfies the requirements of Fed. R. Civ. P. 23(e)(1).

6. Plaintiffs Christopher Johnson, Tatiana Mance, Christopher Lymon, Marcus Johnson, Veronica Renda, John Foster, and Yeniel Baez-Sanchez are finally approved as the Representatives of the Settlement Class.

7. The requested service awards in the amount of $10,000 each to Plaintiffs Christopher Johnson, Tatiana Mance, Christopher Lymon, Marcus Johnson, Veronica Renda, John Foster, and Yeniel Baez-Sanchez are hereby approved.

8. Lichten & Liss-Riordan, P.C., Willig, Williams, & Davidson, and Berger Montague

PC are finally approved as Class Counsel for the Settlement Class.

9. Plaintiffs' requested attorney's fees in the amount of one-third of the Gross Settlement Amount and Plaintiffs' requested reimbursement of out-of-pocket expenses in the amount not to exceed $15,000 is hereby approved. The Fee and Cost Payment shall be paid as provided for in the Settlement Agreement.

10. The Ohio Access to Justice Foundation is finally approved as the *cy pres* recipient. If, at the conclusion of the 180-day check void period, there are any monies remaining in the Qualified Settlement Fund, those monies shall be paid to the Ohio Access to Justice Foundation.

11. The Court directs that the Settlement funds be distributed as provided for in the terms of the Parties' Settlement Agreement.

12. The Court enters final judgment in this case and dismisses it without prejudice, to be converted to a dismissal with prejudice thirty (30) days after the conclusion of the check cashing period.

BY THE COURT,

Dated: 11/16/2022

*Stephanie K. Bowman*
Honorable Stephanie K. Bowman
United States Magistrate Judge

3